United States District Court

Eastern District of California

David Wayne Elmore,

    Plaintiff,      No. Civ. S 04-2657 GEB PAN P

vs.      Order

Tom L. Carey, et al.,

    Defendants.

-oOo-

October 14, 2005, plaintiff filed a motion to amend the complaint and amended complaint. Plaintiff may amend once as of right where no defendant has served an answer. Plaintiff's amended complaint does not attach the proof of service required by Fed. R. Civ. P. 5 and Local Rule 5-135, showing it was served on Traquina, the sole defendant who has been served and appeared. Plaintiff shall file a proof of service within ten days.

The amended complaint states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C.

§ 1915A(b).

Accordingly, the court hereby orders that:

1. The amended complaint is appropriate for service on defendants Carey, Hooper, Borges, Wedell, Turella, Naku, Rohrer, Kofoed, Noriega, Solomon and Franklin.

2. Plaintiff submitted USM-285 forms and a summons for serving these defendants and the court still has those materials. The Clerk of the Court shall send plaintiff a copy of the October 14, 2005, amended complaint.

3. Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with twelve copies of the October 14, 2005, amended complaint.

4. Upon receipt of the necessary copies of the amended complaint, the court will direct the United States Marshal to serve defendants Carey, Hooper, Borges, Wedell, Turella, Naku, Rohrer, Kofoed, Noriega, Solomon and Franklin pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. Defendant Traquina shall respond to the amended pleading within 20 days after plaintiff serves it upon him by mailing a copy to Traquina's attorney.

Dated: February 2, 2006.

                            /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
                            Magistrate Judge

United States District Court

Eastern District of California

David Wayne Elmore,

      Plaintiff,      No. Civ. S 04-2657 GEB PAN P

  vs.      Notice of Submission of Documents

Tom L. Carey, et al.,

      Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    \_\_\_\_ completed summons form

    \_\_\_\_ completed forms USM-285

    \_\_\_\_ copies of the _____
                        Amended Complaint

Dated: _____

                        _____
                        Plaintiff