IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE ELMORE,

      Plaintiff,                        No. CIV S-04-2657 GEB PAN P

    vs.

TOM L. CAREY, et al.,

      Defendants.               <u>ORDER</u>

_____/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On February 17, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Solomon was returned unserved because "unable to locate." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

      Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the amended complaint filed October 14, 2005;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Solomon;

    b. Two copies of the endorsed complaint filed October 14, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: May 10, 2006.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/mp:001
elmo2657.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE ELMORE,

    Plaintiff,                    No. CIV S-04-2657 GEB PAN P

    vs.

TOM L. CAREY, et al.,           NOTICE OF SUBMISSION

    Defendants.              OF DOCUMENTS

_____/

    Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    _____    completed summons form

    __1__    completed USM-285 forms

    __2__    copies of the October 14, 2005
                    Amended Complaint

DATED:

                                                  _____
                                                  Plaintiff