IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE ELMORE,

    Plaintiff,                             No. CIV S-04-2657 GEB PAN P

    vs.

TOM L. CAREY, et al.,

    Defendants.                         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

        On February 17, 2006, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Franklin was returned unserved because "unable to locate." Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

    1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the amended complaint filed October 14, 2005;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Franklin;

    b. Two copies of the endorsed complaint filed October 14, 2005; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: September 7, 2006.

UNITED STATES MAGISTRATE JUDGE

14/mp
elmo2657.8e(2)

1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  DAVID WAYNE ELMORE,

11          Plaintiff,                    No. CIV S-04-2657 GEB PAN P

12      vs.

13  TOM L. CAREY, et al.,                 NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18          _____    completed summons form

19          __1__     completed USM-285 forms

20          __2__     copies of the October 14, 2005
                                Amended Complaint

21  DATED:

22
23
                                           _____
24                                                      Plaintiff

25
26