IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE ELMORE,

    Plaintiff,                                    No. CIV S-04-2657 GEB PAN P

    vs.

TOM L. CAREY, et al.,

    Defendants.                            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and seeking relief pursuant to 42 U.S.C. § 1983. On August 23, 2006, defendants filed a motion to stay and modify the court's March 22, 2006, scheduling order. In light of the court's order filed August 24, 2006, this motion will be denied.[1]

        Accordingly, IT IS HEREBY ORDERED that defendants' August 23, 2006, motion to stay and modify the scheduling order is denied.

DATED: September 18, 2006.

                                                                                               /s/ signature
                                              UNITED STATES MAGISTRATE JUDGE

14/elmo2657.o

---

[1] Moreover, on August 29, 2006, plaintiff filed a document styled as a "Notice of Error," asking the court to disregard his second amended complaint filed June 20, 2006.

1