IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID WAYNE ELMORE,

        Plaintiff,                        No. CIV S-04-2657 GEB EFB P

        vs.

TOM L. CAREY, et al.,

        Defendants.              ORDER

_____/

    Plaintiff requests an extension of time to file and serve an opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's November 9, 2006, request is granted and plaintiff has 30 days from the date this order is served to file and serve an opposition to defendants' motion for summary judgment.

    So ordered.

Dated: December 7, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE