1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID WAYNE ELMORE,

11          Plaintiff,                          No. CIV S-04-2657 GEB EFB P

12       vs.

13   TOM L. CAREY, et al.,

14          Defendants.                  FINDINGS AND RECOMMENDATIONS

15   _____/

16          Plaintiff is a prisoner without counsel proceeding *in forma pauperis* on claims of alleged

17   civil rights violations.  *See* 42 U.S.C. § 1983; 28 U.S.C. § 1915.  The action proceeds on

18   plaintiff's October 14, 2005, first amended complaint.

19          On April 27, 2006, process was returned unexecuted because defendant Solomon could

20   not be located.  On May 11, 2006, the court directed plaintiff to discover defendant Solomon's

21   whereabouts and gave him time to submit papers to again attempt service of process on this

22   defendant.  Plaintiff complied, and on June 14, 2006, the court directed the United States

23   Marshal to serve process on defendant Solomon.  On May 17, 2007, service again was returned

24   unexecuted because defendant Solomon could not be located.  On July 31, 2007, plaintiff filed a

25   document conceding that he cannot obtain an address at which defendant Solomon could be

26   served with process.

1

1   Service of process must be effected within 120 days of the filing of the complaint unless

2   plaintiff demonstrates good cause.  Fed. R. Civ. P. 4(m).

3   The court has given plaintiff two opportunities to locate defendant Solomon and warned

4   plaintiff that if this defendant is not served the action would be dismissed with respect to him.

5   Plaintiff concedes that he cannot effect service on this defendant.

6   Accordingly, the court recommends that this action be dismissed without prejudice with

7   respect to defendant Solomon.

8   These findings and recommendations are submitted to the United States District Judge

9   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after

10   being served with these findings and recommendations, any party may file written objections

11   with the court and serve a copy on all parties.  Such a document should be captioned "Objections

12   to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the

13   specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158

14   F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

15   Dated:  September 6, 2007.

16

17   _____
     EDMUND F. BRENNAN
18   UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

2